UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:08-cv-331-MR-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ENTRY OF DEFAULT** |
| v. ) | |
| ) | |
| APPROXIMATELY $8,335.00 IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

It appearing from plaintiff's application and from the record, including the Court's file, that no person has filed a claim and answer in this matter;

I HEREBY ENTER DEFAULT against all persons in the world.

Signed: October 21, 2008

Frank G. Johns, Clerk
United States District Court